BERNARD RIEMER, an Infant, by JOSEPH RIEMER, His Guardian ad Litem, and JOSEPH RIEMER, Respondents, v. JESSE G. HURSEY, Defendant, Impleaded with THE HOLLEY HOTEL COMPANY, Sued Herein as THE HOLLEY HOTEL Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MAX ZELLERMAYER, Doing Business as the SILVER LADY HOSIERY Co., Respondent, v. SAMUEL COHEN and CARDINAL HOSIERY Co., INC., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted in so far as to extend defendants' time to serve the proposed case on appeal, and open their default in presenting the case for settlement; and that the time of the appellants in which to apply for settlement of the case is extended to December 20, 1937. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HELEN MARGARET MCKEON, an Infant, by Her Guardian ad Litem, WINNIFRED MCKEON, and WINNIFRED MCKEON, Respondents, v. JAMES BUTLER GROCERY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

RAY W. FARRELL, Respondent, v. NEW YORK EVENING JOURNAL, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

W. JULE DAY, Respondent, v. NIKOLI MILLER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: JACOB SILVERSTEIN, Judgment Creditor, Appellant, v. LOUIS A. COHEN and Others, Judgment Debtors, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondent Jesse L. Rosenberg. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of EDWARD HEYMAN.— Application denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of MORRIS PIERCE PALEY.— Motion denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of BERNARD M. SHOR, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of JACOB RUD (Also Known as JACOB RUDD), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of SOLOMON GAVRIN, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THOMAS BRADLEY v. THE HARRIMAN NATIONAL BANK & TRUST COMPANY OF THE CITY OF NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MICHAEL CALIFANO v. CITIZENS INSURANCE COMPANY OF NEW JERSEY.—